UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHUWEI HUANG,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary, U.S. Department of Homeland Security;<br>EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Service;<br>PAUL M. PIERRE, District Director, U.S. Citizenship and Immigration Service;<br>ALBERTO GONZALES, Attorney General of the United States; and<br>ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation,<br><br>    Defendants. | Case No. 07cv1285 JM (JMA)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR FILING OF RESPONSIVE PLEADING**<br><br>USCIS No. A76 367 921<br><br>[Docket No. 4] |

Having considered the parties' Joint Motion to Extend Time for Filing of Responsive Pleading (Docket No. 4) and finding the joint motion meritorious, the Court GRANTS the motion for extension of time and ORDERS under Federal Rule of Civil Procedure 6(b)(1) that the time in which Defendants shall file their answer or responsive pleading in the above captioned matter is extended until October 15, 2007.

**IT IS SO ORDERED.**

DATED:  September 12, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge

CC:        All Parties