1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

11  SHUWEI HUANG,

CASE NO. 07 CV 1285 JM (JMA)

12                                    Plaintiff,

**ORDER DENYING MOTION TO DISMISS AS MOOT**

13      vs.

(Doc. No. 9)

14  MICHAEL CHERTOFF, Secretary, U.S.
Department of Homeland Security; EMILIO
T. GONZALEZ, Director, U.S. Citizenship

15  and Immigration Service; PAUL M. PIERRE,
District Director, U.S. Citizenship and

16  Immigration Service; ALBERTO
GONZALES, Attorney General of the United

17  States; and ROBERT S. MUELLER, III,
Director, Federal Bureau of Investigation,

18

19                                    Defendants.

20          In light of Plaintiff's voluntary dismissal of this action, the court hereby **DENIES** Defendants'

21  motion to dismiss the first amended complaint as moot.  (<u>See</u> Doc. no. 9.)

22          **IT IS SO ORDERED.**

23  DATED:  February 22, 2008

24                                                    _____

25                                                    Hon. Jeffrey T. Miller
                                                      United States District Judge

26  cc:        All parties

27

28

- 1 -